EXHIBIT "1"
TO THE PLAINTIFF'S COMPLAINT

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**File Name** Criminal 2016 1080p BluRay x264 DTS-JYK
**File Hash** SHA1: A921EF0F3148C570CF63C243960CE82F69C10D21
**ISP** Cox Communications

| No | IP | Hit Date UTC | Region | Province |
|---|---|---|---|---|
| 1 | 98.167.49.228 | 2016-07-15 03:29:56 | Nevada | Clark County |
| 2 | 70.173.170.5 | 2016-07-15 06:09:28 | Nevada | Clark County |
| 3 | 24.234.214.5 | 2016-07-15 23:24:33 | Nevada | Clark County |
| 4 | 70.173.235.176 | 2016-07-19 06:02:54 | Nevada | Clark County |
| 5 | 98.160.207.141 | 2016-07-22 14:55:31 | Nevada | Clark County |
| 6 | 70.173.17.123 | 2016-07-23 23:06:54 | Nevada | Clark County |
| 7 | 72.193.211.38 | 2016-07-24 05:16:54 | Nevada | Clark County |
| 8 | 68.104.1.221 | 2016-07-26 11:00:43 | Nevada | Clark County |
| 9 | 24.234.67.118 | 2016-07-29 01:00:45 | Nevada | Clark County |
| 10 | 24.253.105.238 | 2016-07-29 03:53:14 | Nevada | Clark County |
| 11 | 70.173.93.59 | 2016-07-29 18:15:34 | Nevada | Clark County |
| 12 | 68.229.7.147 | 2016-07-31 04:32:22 | Nevada | Clark County |
| 13 | 72.193.42.83 | 2016-08-01 03:04:22 | Nevada | Clark County |
| 14 | 98.180.176.4 | 2016-08-02 04:09:44 | Nevada | Clark County |
| 15 | 70.180.255.39 | 2016-08-03 03:24:23 | Nevada | Clark County |
| 16 | 68.96.179.200 | 2016-08-03 07:16:04 | Nevada | Clark County |
| 17 | 72.193.108.167 | 2016-08-04 03:15:48 | Nevada | Clark County |
| 18 | 98.180.178.5 | 2016-08-05 12:39:39 | Nevada | Clark County |
| 19 | 98.160.132.245 | 2016-08-06 00:15:56 | Nevada | Clark County |
| 20 | 98.180.178.46 | 2016-08-08 20:32:17 | Nevada | Clark County |
| 21 | 24.120.55.18 | 2016-08-09 11:41:55 | Nevada | Clark County |
| 22 | 68.96.107.147 | 2016-08-07 22:19:17 | Nevada | Clark County |