CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., a Nevada corporation,<br><br>            Plaintiff,<br>vs.<br><br>DANIEL ANDERSON, an individual; CORY BOZARD, an individual; MORTON CAMPBELL, an individual; SAHIL GUPTA, an individual; KEITH HENLINE, an individual; KELLI HOFFMAN, an individual; TEGAN LEWIS, an individual; ZOE SEPHOS, an individual; STUART STRAUSS, an individual; DERRICK SULLIVAN, an individual; ANASTACIOS THEOLOGITIS, an individual; KENNY YANG, an individual; LIBERUM STUDIOS, a business entity; and JOHN AND JANE DOES, 1-16<br><br>            Defendants | Case No.: 2:16-cv-01968-RFB-CWH |

## JOINT STIPULATION TO DISMISS DEFENDANT CORY BOZARD

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CRIMINAL PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant CORY BOZARD in proper person, hereby stipulate and agree to dismiss Defendant **CORY BOZARD**

1

HAMRICK & EVANS LLP

from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by Defendant CORY BOZARD against Plaintiff CRIMINAL PRODUCTIONS, INC..

*Respectfully submitted on March 2, 2017 by:*

| HAMRICK & EVANS LLP | CORY BOZARD |
|---|---|
| /s/ Charles Rainey | /s/ Cory Bozard |
| CHARLES C. RAINEY, ESQ.<br>Nevada Bar No. 10723<br>crainey@hamricklaw.com<br>7670 W. Lake Mead Blvd., Ste. 140<br>Las Vegas, Nevada 89128<br>+1.702.425.5100 (ph)<br>*Attorney for Plaintiff* | CORY BOZARD<br>*Defendant in proper person* |

## ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by CORY BOZARD are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada _____.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 9th day of March, 2017.