CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CRIMINAL PRODUCTIONS, INC., a Nevada corporation,

        Plaintiff,

vs.

DANIEL ANDERSON, an individual; MORTON CAMPBELL, an individual; KELLI HOFFMAN, an individual; TEGAN LEWIS, an individual; ZOE SEPHOS, an individual; DERRICK SULLIVAN, an individual; ANASTACIOS THEOLOGITIS, an individual; KENNY YANG, an individual; and JOHN AND JANE DOES.

        Defendants

Case No.: 2:16-cv-01968-RFB-CWH

## STIPULATION AND CONFESSION OF JUDGMENT

COMES NOW Plaintiff CRIMINAL PRODUCTIONS, INC., by and through its counsel of record, and Defendant DERRICK SULLIVAN in proper person, and hereby stipulate and agree that judgment shall be entered against Defendant DERRICK SULLIVAN in the amount of TWO THOUSAND DOLLARS (USD$2,000.00) as full and final resolution of all claims brought by Plaintiff against Defendant DERRICK SULLIVAN. Furthermore, to the extent that

Defendant DERRICK SULLIVAN has raised any counter-claims or other claims or causes of action against the Plaintiff of any kind, such claims are hereby dismissed.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 23rd day of March, 2017.

*Respectfully Submitted by:*

/s/ Charles C. Rainey
Charles C. Rainey, Esq. (NV Bar. 10723)
HAMRICK & EVANS, LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, NV 89128
crainey@hamricklaw.com
Phone: +1 (702) 425-5100
*Attorney for Plaintiff*

/s/ Derrick Sullivan
DERRICK SULLIVAN
3667 Huerte Drive
Las Vegas, Nevada 89121
dsullivan1183@gmail.com
Phone: +1.570.351.2660
*Defendant in proper person*

HAMRICK & EVANS LLP