# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CRIMINAL PRODUCTION, INC.,<br><br>PLAINTIFF'S,<br><br>v.<br><br>JOHN DOE,<br><br>DEFENDANT'S, | Case No. 2:16-cv-01968-RFB-CWH<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Anastacios Theologitis, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendant **Anastacios Theologitis**.

DATED this 7th day of July, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**