CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph) / +1.818.763.2308 (fax)
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., a Nevada corporation,<br>        Plaintiff,<br>vs.<br>KELLI HOFFMAN; TEGAN LEWIS;<br>        Defendants | Case No.: 2:16-cv-01968-RFB-CWH |

**[~~PROPOSED~~] JUDGMENT AND PERMANENT INJUNCTION**

This matter comes before the Court upon motion by CRIMINAL PRODUCTIONS, INC. ("Plaintiff") for a default judgment against defendants KELLI HOFFMAN and TEGAN LEWIS for failure to answer or otherwise defend against the Plaintiff's First Amended Complaint [Doc. No. 7]. This Court, having considered the motion, Plaintiff's memorandum of law in support of its motion, and the supporting Declaration of Charles C. Rainey, Esq., with accompanying exhibits, together with the pleadings, records, and papers filed herein, and any arguments made at the hearing of this matter, if any, concludes that the motion should be granted and enters the following JUDGMENT:

The Clerk of the Court, noting the failure of Defendants KELLI HOFFMAN and TEGAN LEWIS to Answer or otherwise respond to the Plaintiff's Complaint or First Amended Complaint, as on file herein, has issued and entered into the record Default against each of the foregoing Defendants (Doc No. 39.)

Defendants KELLI HOFFMAN and TEGAN LEWIS, and each of them, willfully infringed Plaintiff's rights in violation of 17 U.S.C. §§ 101 *et seq.*

The conduct of Defendants KELLI HOFFMAN and TEGAN LEWIS was willful, intentional, and in disregard of and indifferent to Plaintiff's rights, and such conduct caused harm to Plaintiff and deprived Plaintiff of income.

Upon this record, the Court adjudges and decrees as follows:

1. The Court hereby **AWARDS** statutory damages to the Plaintiff against Defendant KELLI HOFFMAN, in the amount of $15,000 pursuant to 17 U.S.C. § 504.

2. The Court hereby **PERMANENTLY ENJOINS** Defendant KELLI HOFFMAN from directly or indirectly infringing Plaintiff's rights as to the motion picture *CRIMINAL*, including without limitation using the Internet to reproduce, to distribute, to copy, or to publish *CRIMINAL*, except pursuant to a lawful license from Plaintiff.

3. The Court hereby **ORDERS** Defendant KELLI HOFFMAN to delete any unlicensed copy of the motion picture *CRIMINAL* in Defendant's possession or control.

4. The Court hereby **ORDERS** Defendant KELLI HOFFMAN to refrain from knowingly and willfully using the BitTorrent network or the Internet for copying or downloading content in violation of U.S. copyright law.

5. The Court hereby AWARDS statutory damages to the Plaintiff against Defendant TEGAN LEWIS, in the amount of $15,000 pursuant to 17 U.S.C. § 504.

6. The Court hereby PERMANENTLY ENJOINS Defendant TEGAN LEWIS from directly or indirectly infringing Plaintiff's rights as to the motion picture CRIMINAL, including without limitation using the Internet to reproduce, to distribute, to copy, or to publish CRIMINAL, except pursuant to a lawful license from Plaintiff.

7. The Court hereby ORDERS Defendant TEGAN LEWIS to delete any unlicensed copy of the motion picture CRIMINAL in Defendant's possession or control.

8. The Court hereby ORDERS Defendant TEGAN LEWIS to refrain from knowingly and willfully using the BitTorrent network or the Internet for copying or downloading content in violation of U.S. copyright law.

**IT IS SO ORDERED AND ADJUDGED.**

Signed on this __29th__ day of __March_____, 2018, at Las Vegas, Nevada.



By: _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE